IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Anthony A. Burton, #136983     )
   Plaintiff,                  )
                                )  RECEIVED
VS                              )  Civ Act No: 2:07-CV-110-MEF
                                )  2007 APR 16 A 9:46
Richard Allen, et. al.,         )
   Defendants.                 )  DEBRA P. HACKETT, CLK
                                   U.S. DISTRICT COURT
                                   MIDDLE DISTRICT ALA

MOTION IN REQUEST FOR EXTENSION OF TIME
TO BE PERMITTED TO FILE A RESPONSE TO
Recommendation of the Magistrate Judge
of Twenty (20) Days

Comes now, the Plaintiff, Anthony A. Burton, Pro Se, in good faith and hereby humbly submit this Motion Requesting an Extension of time in the Amount of Twenty (20) days, in which to file, submit and prepare a Response to the Recommendation of the Magistrate Judge.

Plaintiff is presently in: A) Administrative Segregation (Lock-up); B) Plaintiff is in transit at Kilby Prison and unable to prepare for any Required Response.

WHEREFORE, Plaintiff prays that this Honorable Court will Grant a twenty (20) day extension of time to this Plaintiff.

Done this 11th Day of April 2007     Respectfully Submitted:
                                       Anthony A. Burton, #136983
                                       Kilby Correctional Facility
                                       P.O. Box 150    SEG-VL-1
                                       Mt. Meigs, AL 36057

Anthony Burton, #136983
P.O. Box 150    SEG L-1
Mt. Meigs, AL 36057

MONTGOMERY AL 361
13 APR 2007 PM 2 T

U.S. District Court
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711