IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY A. BURTON, #136983,         )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )      CIVIL ACTION NO. 2:07-CV-110-MEF
                                    )
RICHARD ALLEN, et al.,              )
                                    )
        Defendants.                 )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on April 16,

2007 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff is GRANTED an extension from April 12, 2007 to and

including May 2, 2007 to file an objection to the Recommendation.

Done this 17th day of April, 2007.


            /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE